In the Matter of the Application of REGINALD P. RAY for an Order Pursuant to Section 88, Subdivision 4, of the Judiciary Law.— On the court's own motion, the order of this court dated April 17, 1940, is resettled. Order signed. Present —

Lazansky, P. J., Hagarty, Carswell and Johnston, JJ.; Taylor, J., not voting. [See 258 App. Div. 1070; *ante*, p. 843. See, also, *post*, p. 1030.]